IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00724-BNB

DWAYNE A. HUDSON,

    Applicant,

v.

CHIEF WILSON, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2010

GREGORY C. LANGHAM
CLERK

## ORDER TO FILE PRE-ANSWER RESPONSE

Applicant, Dwayne A. Hudson, currently is incarcerated at the Denver County Jail. Mr. Hudson filed *pro se* on August 23, 2010, a second amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On August 24, 2010, he filed a motion to amend the caption of the second amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 to substitute Chief Wilson for Undersheriff William Lovinger. The motion to amend will be granted. The caption to this order has been changed to reflect the amendment.

As part of the preliminary consideration of the second amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court has determined that a limited Pre-Answer Response is appropriate. Respondents are directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and *Denson v. Abbott*, 554 F.Supp. 2d 1206 (D. Colo. 2008), to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. §

2254(b)(1)(A). If Respondents do not intend to raise either of these affirmative defenses, they must notify the Court of that decision in the Pre-Answer Response. Respondents may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that the motion to amend the caption to the second amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 that Applicant, Dwayne A. Hudson, filed *pro se* on August 23, 2010, is granted. The caption to this order has been changed to reflect the amendment. It is

FURTHER ORDERED that **within twenty-one days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

2

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED August 25, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00724-BNB

Dwayne A. Hudson
Prisoner No. 0000251981
Denver County Jail
P.O. Box 1108
Denver, CO 80201

Chief Wilson - **CERTIFIED**
Denver County Sheriff's Office
1437 Bannock St. Rm 507
Denver, CO 80202

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY
COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY
COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chief Wilson and to John Suthers: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 8/23/10 on 8/25/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk