IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00724-BNB

WAYNE A. HUDSON,

    Applicant,

v.

CHIEF WILSON, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2010

GREGORY C. LANGHAM
                            CLERK

## ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE

Applicant, Wayne A. Hudson, currently is incarcerated at the Denver County Jail. On August 23, 2010, he filed *pro se* a second amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On August 24, 2010, he filed an amendment to the second amended application.

As part of the preliminary consideration of the second amended application pursuant to 28 U.S.C. § 2254 in this case, the Court determined that a limited pre-answer response was appropriate. Therefore, on August 25, 2010, Respondents were directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a pre-answer response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). On September 14, 2010, Respondents submitted their pre-answer response. On October 7, 2010, Applicant submitted a reply.

The Court has reviewed the Pre-Answer Response and has determined that a supplement is required. Respondents allege that on July 21, 2010, Applicant filed an appeal in the Colorado Court of Appeals from the trial court's May 25, 2010, denial of his motions for specific performance and to vacate sentence and withdraw guilty plea, and that the appeal currently is pending. Apparently, Applicant has raised on appeal the first claim he asserts here, although it is unclear whether he also has raised the second and third claims he asserts in the instant action. Respondents concede that Applicant "may have a state court remedy still available to him." *See* pre-answer response (document 17) at 9.

The Court cannot determine definitively the disposition of Applicant's second amended application without knowing the status of the pending appeal and whether the claims asserted on appeal are the same as the claims asserted in the instant action. Therefore, Respondents will be directed to file a supplement to the Pre-Answer Response and to provide the requested information as discussed in this order. Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this order** Respondents shall file a supplement to the pre-answer response that complies with this order.

DATED December 15, 2010, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00724-BNB

Dwayne A. Hudson
Prisoner No. 0000251981
Denver County Jail
P.O. Box 1108
Denver, CO 80201

Thomas G. Bigler
Office of the City Attorney
**DELIVERED ELECTRONICALLY**

Patricia R. Van Horn
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals on December 15, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk